UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                                        BK No.:   17-36222

SEOMA VIRGO                                                          Chapter: 13

Honorable Jacqueline P Cox

Debtor(s)

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtor's Motion to Modify is GRANTED.

It is hereby ORDERED that:

1) The Debtor's Chapter 13 Plan payment default is deferred until the end of her Plan.

2) Debtor's Chapter 13 Plan base shall remain the same.

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  June 29, 2020

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100